## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 24, 2010**

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North
Suite 420
Austin, TX 78759

> Re:   *In re Prempro*, 4:03-CV-01507-WRW -- Short-term Use Hearing
> *Kuhn v. Wyeth*, 6:04-CV-06042-WRW (W.D. Ark.)
> *Davidson v. Wyeth*, 6:05-CV-06074-WRW (W.D. Ark.)

Dear Counsel:

Please be prepared to address the WHI study results which indicate that women who used HRT for three years or less were less likely to get breast cancer. What specific rebuttal do you have to this finding?

Please be prepared to give Judge Fuste and me a concise, precise synopsis of your specific causation evidence.

It is Judge Fuste's court, of course, and he will preside.  I wanted you to know that the above things are on my mind.

> Cordially,
>
> /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:   The Honorable Jose A. Fuste
   Other Counsel of Record