## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 2, 2010**

Ms. Zoe B. Littlepage
Littlepage Booth - Houston
2043A West Main Street
Houston, TX 77098

Mr. Erik Brett Walker
Hissey, Kientz & Herron, P.L.L.C.
9442 Capital of Texas Highway North
Suite 420
Austin, TX 78759

> Re:  *In re Prempro*, 4:03-CV-01507-WRW -- Short-term Use
> *Kuhn v. Wyeth*, 6:04-CV-06042-WRW (W.D. Ark.)
> *Davidson v. Wyeth*, 6:05-CV-06074-WRW (W.D. Ark.)

Dear Counsel:

With respect to short term use, please give me a short, pointed, pithy brief explaining what evidence of your's meets the WHI findings on this point. As you know, the WHI study concluded that breast cancer incidents lower than placebo during the first three years.

This brief should be no more than five pages. Please submit it by 4 p.m., on the Anniversary of Pearl Harbor.

Defendants should respond with a brief of no more than five pages, by 4 p.m., Friday, December 10, 2010.

I wouldn't presume to speak for Judge Fuste, but I expect he would like to have copies of your papers.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:   The Honorable Jose Fuste
      Other Counsel of Record